U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

APR 2 2 2002

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

RECEIVED

APR 2 2 2002

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PATTI B. NINI
*Plaintiff*

v.

SCHLUMBERGER LTD.
*Defendant*

Civil Action File No: **CV02-0796-L0**

JUDGE **JUDGE HAIK**

MAGISTRATE **MAGISTRATE JUDGE HILL**

**JURY TRIAL DEMANDED**

## COMPLAINT

COMES NOW, the Plaintiff, for a Complaint against the Defendant, states and alleges as follows:

*NATURE OF CLAIM*

1. This action is for declaratory and injunctive relief and for damages to redress the deprivation of rights secured to the plaintiff by the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.* ("Title VII").



1

*JURISDICTION*

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331, 1343 (4), 2201, 2202, and Title VII. Jurisdiction to grant injunctive and declaratory equitable relief as well as damages is invoked pursuant to 42 U.S.C. §2000(e)-5(f) and (g) and 29 U.S.C. §626(c).

*ADMINISTRATIVE PROCESS*

3. Plaintiff filed a timely charge, alleging sex discrimination, with the Equal Employment Opportunity Commission (hereinafter "EEOC"). The charge was filed within 300 days of the discriminatory employment practice described in this complaint.

4. On or about September 27, 2001, plaintiff received her Notice of Right to Sue (Conciliation Failure) from EEOC (A copy is annexed to the original as Exhibit 1.)

*STATEMENT OF CLAIM*

5. Plaintiff, Patti Nini is a female citizen of the United States.

6. Defendant is Schlumberger, Ltd. (hereafter "Schlumberger") operating as Schlumberger-Dowell, Berwick, Louisiana, and is an employer within the meaning of 42 U.S.C. §2000(e).

7. Plaintiff originally commenced her employment on or about November 2, 1997.

8. Plaintiff was subjected to sexual harassment and a sexually hostile environment by Darrell Sowards, Sr., Maintenance Supervisor from August 1998 until October 1998. Mr. Sowards and others employees in her department taunted the plaintiff while viewing pornography on the internet.

9. Mr. Sowards repeatedly grabbed his crotch and utter profanities at the plaintiff, such as "bite the big one."

10. Plaintiff complained to Mr. Steve Bryant, Maintenance Supervisor, who took no action.

11. Plaintiff and her witness were terminated in retaliation on November 30, 1998.

12. As a direct result of Defendant's sexual harassment and retaliation, Plaintiff has suffered and continues to suffer loss of employment benefits plus expenses and attorneys' fees incurred in attempting to obtain the rights due Plaintiff.

13. As a further direct result of Defendants' actions, Plaintiff has suffered and continues to suffer severe and lasting embarrassment, humiliation and anguish, and other incidental and consequential damages and expenses.

14. The conduct of the Defendant was outrageous, was done in a deliberate, callous, malicious, fraudulent and oppressive manner intended to injure Plaintiff, was with an improper and evil motive amounting to malice and spite, and was done in conscious disregard of Plaintiff's rights. Therefore, the Plaintiff is entitled to an award of punitive damages from the Defendant.

WHEREFORE, plaintiff prays that the Court:

(a) Issue a permanent injunction enjoining the defendants from continuing or maintaining the policy, practice and custom of denying, abridging, withholding, or conditioning the rights of employees on the basis of race, which rights are secured by Title VII;

(b) Award plaintiff a judgment against defendant in whatever amount.

(1) Award plaintiff compensatory damages.

(2) Award plaintiff the cost of this action, together with reasonable attorneys' fees as provided in Title VII.

(c) Grant plaintiff such other and further relief, as may be necessary and proper.

Respectfully submitted,

April 19, 2002

*Reva E. Lupin*

Reva E. Lupin, LA Bar Number 21323
Attorney for the Plaintiff
**Preferred Mailing Address:**
**P.O. Box 8802**
**Metairie, LA 70011-8802**
3140 Garden Oaks Drive, Suite B
New Orleans, LA 70114
504-361-0040
FAX 504-889-7615

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE -- TITLE VII / ADA
(Conciliation Failure)

**To:**
Patti B. Nini
P O. Box 732
Berwick, LA 70342

**From:**
U.S. Equal Employment Opportunity Commission
New Orleans District Office
701 Loyola Avenue, Suite 600
New Orleans, Louisiana 70113

[ ] On behalf of a person aggrieved whose identity is
(29 C.F.R. 1601.7(a))

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 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 | Michelle T. Butler, Supv. Trial Attorney | (504) 589-6917 |

( See the additional information attached to this form )

The Commission has found reasonable cause to believe that your charge of employment discrimination is true but has not entered into a conciliation agreement to which you are a party because attempts to achieve such a voluntary settlement with respondent(s) have been unsuccessful.

The Commission has determined that it will not bring a civil action against the respondent(s) and accordingly is issuing this Notice of Right to Sue. With the issuance of this Notice the Commission terminates its process with respect to your charge, except that the Commission may seek status as intervenor if you decide to sue on your own behalf as described below.

If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in United States District Court. IF YOU DECIDE TO SUE, YOU MUST DO SO WITHIN NINETY (90) DAYS FROM YOUR RECEIPT OF THIS NOTICE OF RIGHT TO SUE. OTHERWISE YOUR RIGHT TO SUE IS LOST.

Your suit may include any allegation contained in your charge of employment discrimination or any matter which was or should have been discovered by the Commission during its investigation of your charge.

I certify that this notice was mailed on the date set out below.

1/23/02
(Date Mailed)

On Behalf of the Commission

_Patricia T. Bivins_
PATRICIA T. BIVINS, District Director

Exhibit 1

Enclosures
   Information sheet
   Copy of Charge

cc:   Respondent(s) Schlumberger-Dowell
           P.O. Box 188
           Berwick, LA 70342

EEOC Form 161-A (Test 10/94)